NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**INVUE SECURITY PRODUCTS INC.,**
*Appellant*

**v.**

**MOBILE TECH, INC.,**
*Appellee*

_____

2018-2202

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2017-00344, IPR2017-00345.

_____

## JUDGMENT

_____

JOHN W. HARBIN, Meunier Carlin & Curfman, LLC, Atlanta, GA, argued for appellant. Also represented by GREGORY JOSEPH CARLIN, DAVID S. MORELAND, WARREN JAMES THOMAS.

ALAN NORMAN, Thompson Coburn LLP, St. Louis, MO, argued for appellee. Also represented by ANTHONY F. BLUM, MATTHEW A. BRAUNEL, DAVID B. JINKINS.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 12, 2019          /s/ Peter R. Marksteiner
Date                    Peter R. Marksteiner
                        Clerk of Court